# EXHIBIT 1

Filed        22-CI-005084    09/30/2022        David L. Nicholson, Jefferson Circuit Clerk

CASE NUMBER _____                                JEFFERSON CIRCUIT COURT
                                                                  DIVISION _____
                                                                  JUDGE _____

*Electronically Filed*

**RONALD OLSON**

                                                                              PLAINTIFF

VS.                               **COMPLAINT**

**LOWE'S HOME IMPROVEMENT, LLC**
SERVE:
    Corporation Service Company
    421 West Main Street
    Louisville, KY 40601

                                                                              DEFENDANT

\*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\*

Comes now the Plaintiff, by counsel, and for her cause of action against the Defendant states as follows:

1) That at all times relevant hereto the Plaintiff is a resident of Louisville, Jefferson County, Kentucky.

2) That the Defendant is a corporation actively transacting business in the Commonwealth of Kentucky.

3) That on or about May 21, 2022 at the Defendant's store known as Lowe's Home Improvement located at 2100 Bashford Manor Lane, Louisville, Jefferson County, Kentucky 40218, the Plaintiff was caused to trip and fall over a defective and dangerous condition on the Defendant's property.

4) That at all times relevant hereto the Defendant negligently maintained, inspected, repaired, and/or displayed their products located on the outside sidewalk of their store, in that it created a defective and dangerous condition, specifically Plaintiff tripped over a security band and/or chain and/or rope, which caused him to fall to the ground and receive severe personal injuries.

5) That at all times relevant hereto the Defendant's negligently installed said security band, chain, and/or rope and negligently allowed said security band, chain, and/or rope to block the sidewalk or a portion thereof, immediately before entering their store.



Filed          22-CI-005084     09/30/2022        David L. Nicholson, Jefferson Circuit Clerk

6) Further, the Defendant's negligently failed to warn users of the sidewalk, including the Plaintiff, of this defective and dangerous condition on their premises.

7) That as a further direct and proximate result of the negligence of the Defendant as set forth above the Plaintiff has received severe and painful injuries to his person and has in the past and will in the future expend sums of money for doctors and other health care providers all to his damage.

8) That as a further direct and proximate result of the negligence as set forth above, the Plaintiff lost wages from his employment and has suffered a permanent impairment in his ability to labor and earn money, all to his damage.

9) That the Plaintiff's damages exceed the minimum jurisdictional limits of the Circuit Court.

WHEREFORE, the Plaintiff demands as follows:

1) Judgment against the Defendant in an amount to compensate him for his losses;

2) A trial by jury on all issues triable;

3) His costs expended; and

4) All other necessary and proper relief to which he may appear to be entitled.

Respectfully submitted,

Timothy R. McCarthy, Esq
Nutt Law Office
462 South Fourth Avenue
Suite 1750, Meidinger Tower
Louisville, Kentucky 40202
(502) 589-0635
(502) 589-8891 Fax
tim@nuttlaw.com

Filed          22-CI-005084     09/30/2022        David L. Nicholson, Jefferson Circuit Clerk